*E-FILED - 9/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAYNE NORTON, | ) | No. C 07-1577 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CONTRA COSTA COUNTY SHERIFF'S | ) | |
| DEPT., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This civil rights action has been dismissed without prejudice. A judgment of dismissal without prejudice is entered in favor of defendants. The clerk shall close the file.

IT IS SO ORDERED.

DATED: ___9/10/08___

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge